SUNDACO, INC., ET AL. *v.* TEXAS ET AL.

No. 1271. Decided April 20, 1970

*William H. Allen, Harold B. Berman,* and *Jay S. Fichtner* for appellants.

*Crawford C. Martin,* Attorney General, *Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Monroe Clayton,* Assistant Attorneys General, for appellee the State of Texas.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

EUGENE SAND & GRAVEL, INC. *v.* LOWE ET AL.

No. 1335. Decided April 20, 1970

*John E. Jaqua* for appellant.

PER CURIAM.

The appeal is dismissed, it appearing that the judgment below rests upon an adequate state ground.